IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 09-cv-00365-MSK

TIC-THE INDUSTRIAL COMPANY,

       Plaintiff,

v.

LIBERTY MUTUAL INSURANCE COMPANY,

       Defendant.
_____

**ORDER REMANDING CASE**
_____

       THIS MATTER comes before the Court *sua sponte*.

       The Plaintiff commenced this action in the Routt County District Court. Plaintiff brings various claims against Defendant in connection with unpaid insurance benefits. In its Complaint, attached as Exhibit A to Defendant's Petition for Removal **(#1)**, the Plaintiff did not request specific monetary relief.

       The Defendant asserts that this Court can exercise jurisdiction based upon diversity pursuant to 28 U.S.C.§ 1332. However, there is nothing before the Court other than the Defendant's averment in its Petition for Removal that indicates the amount in controversy.

       The amount in controversy is ordinarily determined by the allegations of the complaint or by the allegations in the notice of removal. *See Laughlin v. Kmart Corp.*, 50 F.3d 871, 873 (10th Cir. 1995)(citation omitted). The burden is on the party requesting removal to set forth, in the notice of removal itself, the underlying facts supporting the alleged amount in controversy. *See id.* (citing *Gaus v. Miles Inc.*, 980 F.2d 564, 567 (9th Cir. 1992)). Moreover, there is a strong

presumption against federal court jurisdiction based upon removal. *See Baker v. Sears Holding Corp.*, 557 F.Supp.2d 1208, 1212 (D.Colo. 2007)(citing *St. Paul Mercury Indem. Co. v. Red Cab Co.*, 303 U.S. 283, 290-292 (1938) and *Martin v. Franklin*, 251 F.3d 1284, 1289 (10th Cir. 2000)).

Defendant's Notice of Removal **(#4)** does not refer to the amount in controversy, but does refer to its Petition, in which Defendant states that the amount in controversy is in excess of $75,000.00. However, neither Defendant's Notice nor its Petition sets forth any underlying facts supporting its allegation that the amount in controversy is in excess of $75,000.00.

There has been an insufficient showing of the requisite amount in controversy to establish diversity jurisdiction. Accordingly, the action must be remanded to the State Court. *See* 28 U.S.C. § 1447(c).

**IT IS THEREFORE ORDERED** that this action is **REMANDED** to the Routt County District Court.

Dated this 25th day of February, 2009

                                                    **BY THE COURT:**

                                                    Marcia S. Krieger
                                                    United States District Judge